E-FILED; Prince George's Circuit Court
Docket: 9/15/2026 4:11 PM; Submission: 9/15/2026 4:11 PM
Envelope: 28267792

| | | |
|---|---|---|
| DINAH YUKICH, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| USA FENCING AND JESSICA SAXON<br>Defendants. | * | PRINCE GEORGE'S COUNTY |
| | * | |
| | * | Case No. C-16-CV-26-005166 |

* * * * * * * * * * * *

**LINE TO FILE AFFIDAVIT OF SERVICE**

Dear Sir/Madam Clerk:

Attached please find an Affidavit of Service from Dinah Yukich.

*/s/ Jessica P. Weber*
Jessica P. Weber, Esq.
AIS No. 1106150284
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Ste. 2500
Baltimore, MD 21202
T: (410) 962-1030
F: (410) 385-0869
jweber@browngold.com

*/s/Susan M. Cirilli*
Susan M. Cirilli, Esq.*
SPECTOR GADON ROSEN VINCI PC
305 Broadway, 7th Floor
New York, New York 10007
scirilli@sgrvlaw.com
(215) 241-8887

* *Motion for Special Admission of Out-of-State Attorney under Maryland Rule 19-217 Pending*

*Attorneys for Plaintiff*

EXHIBIT B

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of September 2026, a copy of the foregoing was served electronically by the MDEC system upon all counsel of record.

*/s/ Jessica P. Weber*
Jessica P. Weber

E-FILED; Prince George's Circuit Court
Docket: 9/15/2026 4:11 PM; Submission: 9/15/2026 4:11 PM
Envelope: 28267792

| | | |
|---|---|---|
| DINAH YUKICH, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| USA FENCING AND JESSICA SAXON<br>Defendants. | * | PRINCE GEORGE'S COUNTY |
| | * | |
| | * | Case No. C-16-CV-26-005166 |

* * * * * * * * * * * *

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies as follows:

1. I am a competent person over 18 years of age and not a party to the above-captioned action.
2. On September 11, 2026, I, Elena M. Schick, served the following documents via email on attorneys Aimée Lin, Claudia Costa and Imoh Akpan, who are authorized to accept service on behalf of Defendants, USA Fencing Association and Jessica Saxon:
   - Writ of Summons to USA Fencing (issued August 27, 2026)
   - Writ of Summons to Jessica Saxon (issued August 27, 2026)
   - Complaint (filed August 26, 2026)

A copy of the email notification from attorney Aimée Lin acknowledging acceptance of service is attached hereto.

I declare and affirm under the penalty of perjury that the facts set forth herein are true to the best of my knowledge, information, and belief.

Date: September 14, 2026

*/s/ Elena M. Schick*
Elena M. Schick

E-FILED; Prince George's Circuit Court
Docket: 9/15/2026 4:11 PM; Submission: 9/15/2026 4:11 PM
Envelope: 28267792

# EXHIBIT A

**Elena M. Schick**

| | |
|---|---|
| **From:** | Elena M. Schick |
| **Sent:** | Friday, September 11, 2026 2:24 PM |
| **To:** | iakpan@goldbergsegalla.com; Costa, Claudia A.; Lin, Aimée S. |
| **Cc:** | ngerber@browngold.com; Jessie Weber |
| **Subject:** | Dinah Yukich vs. USA Fencing, et al. |
| **Attachments:** | Summons Issued Service Event - New Case.pdf; Summons Issued Service Event - New Case 1.pdf; 2026-08-26__Yukich__Complaint-revised (1).pdf; 2026-08-26 __Yukich__PROPOSED-ORDER-to-Mot.-Pro-Hac-Vice-Cirilli.SusanMichele.pdf; 2026-08-26__Yukich__Mot.-Pro-Hac-Vice-Cirilli.SusanMichele.pdf |

Dear Counsel:

See attached state filings. Per your representations on September 11, 2026 you accept service for Defendants, USA Fencing and Jessica
Saxon.

**Elena M. Schick**
**Paralegal**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 (215)-241-8869
**E** ESchick@Sgrvlaw.com

**www.sgrvlaw.com**
One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**Elena M. Schick**

---

| | |
|---|---|
| **From:** | Lin, Aimée S. <alin@goldbergsegalla.com> |
| **Sent:** | Friday, September 11, 2026 2:29 PM |
| **To:** | Elena M. Schick; Akpan, Imoh E.; Costa, Claudia A. |
| **Cc:** | ngerber@browngold.com; Jessie Weber |
| **Subject:** | RE: Dinah Yukich vs. USA Fencing, et al. |

{EXTERNAL EMAIL} This message originated outside of your organization.
Thank you.

Aimée S. Lin, Esq.
Special Counsel

**DIRECT** 973.681.7047 | **CELL** 917.224.3105
**EMAIL** alin@goldbergsegalla.com | goldbergsegalla.com

1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423
**FAX** 973.681.7101

GOLDBERGSEGALLA25
25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Elena M. Schick <ESchick@Sgrvlaw.com>
**Sent:** Friday, September 11, 2026 2:24 PM
**To:** Akpan, Imoh E. <iakpan@goldbergsegalla.com>; Costa, Claudia A. <ccosta@goldbergsegalla.com>; Lin, Aimée S. <alin@goldbergsegalla.com>
**Cc:** ngerber@browngold.com; Jessie Weber <jweber@browngold.com>
**Subject:** Dinah Yukich vs. USA Fencing, et al.

Dear Counsel:

See attached state filings. Per your representations on September 11, 2026 you accept service for Defendants, USA Fencing and Jessica
Saxon.

**Elena M. Schick**
**Paralegal**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 (215)-241-8869
**E** ESchick@Sgrvlaw.com

**www.sgrvlaw.com** One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.