**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (Greenbelt)**

| | | |
|---|---|---|
| DINAH YUKICH, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-03295-PX |
| | : | |
| UNITED STATES FENCING ASSOCIATION, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiff, Dinah Yukich, gives Notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that she is dismissing the action as to defendants, United States Fencing Association and Jessica Saxon WITHOUT PREJUDICE.

Respectfully submitted,

*/s/ Jessica P. Weber*

Jessica P. Weber (No. 17893)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD. 21202
(410) 962-1030
JWeber@browngold.com

*Counsel for Plaintiff*

**EXHIBIT E**