E-Filed

Colorado Secretary of State
Date and Time: 10/11/2010 01:16 PM
ID Number: 20101560363

Document must be filed electronically
Paper documents will not be accepted.
Document processing fee $20.00
Fees & forms/cover sheets are subject to change.
To access other information or print copies of filed documents, visit www.sos.state.co.us and select Business Center.

Document number: 20101560363
Amount Paid: $20.00

ABOVE SPACE FOR OFFICE USE ONLY

**Statement of Trade Name of a Reporting Entity**

filed pursuant to §7-71-103 and §7-71-107 of the Colorado Revised Statutes (C.R.S)

1. For the reporting entity delivering this statement, its ID number, true name, form of entity and the jurisdiction under the law of which it is formed are

ID Number 19921116032
*(Colorado Secretary of State ID number)*

True name UNITED STATES FENCING ASSOCIATION

Form of entity Nonprofit Corporation

Jurisdiction Colorado.

2. The trade name under which such entity transacts business or conducts activities or contemplates transacting business or conducting activities in this state is

USA Fencing.

3. A brief description of the kind of business transacted or activities conducted or contemplated to be transacted or conducted in this state under such trade name is

Acting as the National Governing Body of the Sport of Fencing in the US and all associated and ancillary activities, both nationally and internationally.

4. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

5. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document are ______________________.
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.



**EXHIBIT F**

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

6. The true name and mailing address of the individual causing this document to be delivered for filing are

| Alperstein | Donald | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Alperstein & Covell, PC
*(Street number and name or Post Office Box information)*
1600 Broadway #2350

| Denver | CO | 80202-4921 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | United States . |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).




# Summary

**For this Record...**

Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | UNITED STATES FENCING ASSOCIATION | | |
| **Status** | Good Standing | **Formation date** | 12/04/1992 |
| **ID number** | 19921116032 | **Form** | Nonprofit Corporation |
| **Periodic report month** | September | **Jurisdiction** | Colorado |
| **Principal office street address** | 210 USA Cycling Pt Ste 120, Colorado Springs, CO 80919, US | | |
| **Principal office mailing address** | 210 USA Cycling Pt Ste 120, Colorado Springs, CO 80919, US | | |

| Registered Agent | |
|---|---|
| **Name** | UNITED STATES FENCING ASSOCIATION |
| **Street address** | 210 USA Cycling Pt Ste 120, Colorado Springs, CO 80919, US |
| **Mailing address** | 210 USA Cycling Pt Ste 120, Colorado Springs, CO 80919, US |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Back

Terms & conditions | Accessibility statement | Browser compatibility