**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DINAH YUKICH<br>c/o JESSICA P. WEBER<br>BROWN, GOLDSTEIN & LEVY, LLP<br>120 E. BALTIMORE ST., SUITE 2500<br>BALTIMORE, MD 21202<br><br>*Plaintiff*,<br><br>v.<br><br>USA FENCING<br>210 USA CYCLING POINT, SUITE 120<br>COLORADO SPRINGS, CO 80919<br><br>and<br><br>JESSICA SAXON<br>85 BOSTON ROAD<br>PENNSVILLE, NJ 08070<br><br>*Defendants*. | Case No: |

**CERTIFICATE OF NOTICE TO ALL ADVERSE PARTIES OF REMOVAL**
**AND OF FILING A COPY OF SUCH NOTICE IN STATE COURT**

Petitioners/Defendants, United States Fencing Association (incorrectly pleaded as "USA Fencing") and Jessica Saxon, being the removing parties herein, by and through their undersigned attorneys, and pursuant to 28 U.S.C. §1446(d), hereby certify that on the 5th day of October, 2026, written notice of the removal of this action was e-filed and served via the court's electronic filing system, (CM/ECF) and/or sent via first-class mail, postage pre-paid, to the following: Susan M. Cirilli, Esq., Spector Gadon Rosen Vinci PC, 305 Broadway, 7th Floor, New York, New York 10007, and Jessica P. Weber, Esq., Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Suite 2500, Baltimore, MD 21202, Attorneys for Plaintiff, such being Notice to all adverse parties.

A true copy of such written notice along with a copy of the Notice of Removal was e-filed via the Maryland Electronic Court filing system, (MDEC) with the Civil Clerk of the Circuit Court for Prince George's County, Maryland.

Respectfully submitted,

/s/ Imoh E. Akpan

Imoh E. Akpan (#30070)
Andrea Olsen-Leyden (#21193)
Goldberg Segalla, LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Ph: (443) 615-7516
Fx: (443) 615-7599
iakpan@goldbergsegalla.com
aolsenleyden@goldbergsegalla.com
*Attorneys for Defendants*
*United States Fencing Association*
*(incorrectly pleaded as USA Fencing) and*
*Jessica Saxon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **8th** day of October 2026, a copy of the foregoing Certificate of Notice to All Adverse Parties of Removal and Filing a Copy of Such Notice in State Court was e-filed and served via the court's electronic filing system, (CM/ECF) and/or sent via first-class mail, postage pre-paid, to the following: Susan M. Cirilli, Esq., Spector Gadon Rosen Vinci PC, 305 Broadway, 7th Floor, New York, New York 10007, and Jessica P. Weber, Esq., Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Suite 2500, Baltimore, MD 21202, *Attorneys for Plaintiff*.

/s/ Imoh E. Akpan

Imoh E. Akpan #30070