E-FILED; Prince George's Circuit Court
Docket: 8/26/2026 4:02 PM; Submission: 8/26/2026 4:02 PM
Envelope: 27991357

**IN THE CIRCUIT COURT FOR**
**PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

**DINAH YUKICH,**
c/o Jessica P. Weber
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 2500
Baltimore, Maryland 21202

Plaintiff

v.

**USA FENCING,**
Serve:
Phil Andrews, CEO
210 USA Cycling Point, Suite 120
Colorado Springs, Colorado 80919

and

**JESSICA SAXON,**
Serve:
85 Boston Road
Pennsville, NJ 08070

Defendants.

**CASE NO: C-16-CV-26-005166**

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Dinah Yukich is a 44-year-old transgender woman who loves to fence. She loves what it does for her mind and body.

2. Dinah fenced in high school and also while attending college at Johns Hopkins University. In fact, it was at Johns Hopkins where Dinah was first excluded from the sport and people she loved. In 2000, the then fencing coach, Coach Oles, explained to Dinah that he did not accept "girly men" on his team and in order to continue to participate in the sport, Dinah would

EXHIBIT A

have to cut her hair. Dinah decided to fence at the Baltimore Fencing Center instead. She found acceptance at that Center.

3. While at Johns Hopkins, Dinah met her now wife, Sarah, who was a graduate student. In the winter of 2005-2006, with Sarah's encouragement, Dinah came out as transgender. She began her physical transition in 2021 with the full support of her wife and their two children.

4. Feeling hopeful for her future, she decided to get back into the sport she loved. In July of 2023, she re-activated her USA Fencing ("USAF") membership. The training and discipline it takes to get back into shape and to compete helped Dinah on a physical and emotional level.

5. Most fencing competitions are sanctioned by USA Fencing. In order to compete in USA Fencing sanctioned events, individuals must be a member of USA Fencing. Dinah was a card-carrying member of USA Fencing, equipped with a Fencer Identification Number and even a USA Fencing membership card.

6. In July of 2023, Dinah contacted USA Fencing and changed her gender marker on her membership card from "M" to "F." This marked her eligible to compete in women's events. In 2023 and 2024, Dinah did not compete in any events, as she was focused on getting back into physical shape after debilitating gender-affirming surgeries, working full-time and raising two children. But fencing was in the back of her mind and kept her hopeful for her future full of physical activity and community.

7. In early 2025, Dinah began to really commit to her training and fitness. She wanted to participate in women's events. By this time, she had also notified USA Fencing that her name had legally been changed to "Dinah." Despite being an "Unclassified Fencer," which is the lowest rating a fencer can maintain, the sport continued to be the hook that kept her grounded and hopeful.

8. On or about August 1, 2025, USA Fencing unilaterally changed Dinah's gender marker from "F" to "M" and blocked her from registering from any women's competitions.

9. On January 14, 2026, Dinah attempted to register for the USAF-sanctioned Cherry Blossom Open, hosted by the University of Maryland in its Reckford Armory building, in Prince George's County, Maryland, but quickly discovered that she was prohibited from registering for women's events. Her account was blocked from doing so. Dinah contacted the Cherry Blossom Open to get help in registering for the women's events, but was quickly shot down by USAF General Counsel, Jessica Saxon. Ms. Saxon explicitly communicated that Dinah would not be able to fence in the women's events.

10. Because of USA Fencing and Jessica Saxon's discriminatory conduct, Dinah could not compete in the sports she loves solely because she is transgender.

## THE PARTIES

**Plaintiff- Dinah Yukich**

11. Dinah is an individual residing in Maryland.

12. Dinah's Social Security records and driver's license confirm that she is female.

13. Additionally, she has obtained a Judicial Declaration of Gender Identity and Name Change from the Circuit Court of Howard County, Maryland.

14. Dinah's birth certificate reflects that her sex is female.

**Defendant- USA Fencing ("USAF")**

15. USAF is the National Governing Body ("NGB") for the sport of fencing in the United States, with a headquarters located at 210 USA Cycling Point, Suite 120, Colorado Springs, Colorado 80919.

16. USAF sanctioned the Division I Women's Epee ("DV1AWE") and the Veteran Women's Epee ("VETWE") events at the Cherry Blossom Open, meaning the events were authorized by a USAF representative, and were conducted in accordance with the USAF "Rules of Competition" and the related "USA Fencing Operations Manual."

17. Upon information and belief, USAF entered into a rental agreement with the University of Maryland to rent the Reckford Armory for the Cherry Blossom Open.

18. USAF violated Prince George's County law when it excluded Dinah from participating in the women's fencing events at the Cherry Blossom Open.

**Defendant – Jessica Saxon**

19. Defendant Jessica Saxon, at all times relevant hereto, was the General Counsel for USAF with an office at 210 USA Cycling Point, Suite 120, Colorado Springs, Colorado 80919.

20. As the General Counsel for USAF, Jessica Saxon, acting on behalf of USAF, discriminated against Dinah when she denied Dinah the opportunity to participate in the DV1AWE and the VETWE events that took place at the Cherry Blossom Open on March 12-14, 2026.

## JURISDICTION AND VENUE

21. The Circuit Court of Prince George's County has jurisdiction over this action pursuant to the Prince George's County Code § 2-200 and Md. Code Ann., State Gov't § 20-1202.

22. Jurisdiction is also proper under Md. Code Ann., Ct. & Jud. Proc. § 6-103, as the unlawful acts occurred in Prince George's County.

23. Pursuant to Md. Code Ann., Ct. & Jud. Proc. § 6-201(a), venue is proper in Prince George's County because Defendants "carr[y] on a regular business" in Prince George's County by sanctioning and helping to operate the Cherry Blossom Open each year.

## FACTUAL BACKGROUND

24. In July of 2023, Dinah re-activated her USAF membership as she was ready to get back into fencing. On July 12, 2023, Dinah contacted USAF via e-mail and notified them that she is transgender and expressed her desire to change her gender marker on her membership from "M" to "F."

25. USAF changed Dinah's gender marker from "M" to "F" and marked her eligible to compete in women's events.

26. While technically eligible to compete, Dinah did not actually compete in any events in 2023 and 2024, as she was just getting back into shape after approximately 15 years away from the sport.

27. After letting her USAF membership lapse briefly, on April 9, 2025, Dinah re-activated her USAF membership and increased her training with the intent of competing in 2025. She notified USAF that her name had been legally changed to "Dinah Yukich."

28. In July of 2025, USA Fencing announced a policy that would prohibit Dinah from competing in women's events, and would change her sex marker from "F" to "M."

29. On July 26, 2025, Dinah submitted a formal complaint to USAF through the USAF portal to dispute the change to her sex marker.

30. On July 28, 2025, USAF General Counsel Jessica Saxon closed the complaint without a finding, stating in part that her complaint "does not allege a violation…"

31. The Cherry Blossom Open is USAF-sanctioned event hosted by the University of Maryland. The event is managed, supervised and run by the USAF, including its employee General Counsel Jessica Saxon, in coordination with the University of Maryland. The event took place from March 12 through March 14, 2026.

32. The Cherry Blossom Open is open to members of the public who wish to compete in fencing events and spectate the fencing events. In order to register for the events, members of the public must create an account with USAF and become a member. The individuals then must register for the event through the USAF website.

33. On January 14, 2026, Dinah attempted to register for the Cherry Blossom Open. She attempted to register for the D1AWE and the VETWE events. However, when she tried to register, she was blocked from registering for any women's events.

34. On January 23, 2026, Dinah emailed the Cherry Blossom Open through the e-mail address provided on USA Fencing's website (cherryblossomopen@gmail.com):

> *My name is Dinah …and I am trying to register [for the] Cherry Blossom event taking place at the University of Maryland Reckford Armory on March 14-15, 2026. I am trying to register for the Div 1A Women's Epee (D1AWE) and Veterans Women's (VETWE). When I try to register, I am blocked from registering for any women's events….I look forward to hearing from you and I appreciate your help..*

35. That same day Jessica Saxon, the General Counsel of USA Fencing, responded to Dinah 's email:

> *Thank you for the inquiry regarding participation at the Cherry Blossom Event. Effective August 1, 2025, USA Fencing's Transgender & Non-Binary Athlete Eligibility Policy governs participation in all sanctioned competitions. Pursuant to Section III of the policy, eligibility for the Women's category is limited to athletes of the female sex, provided all other entry requirements are satisfied. Athletes who do not meet this criterion are not eligible to compete in the women's category. Accordingly, you are ineligible to compete in the women's events at this tournament. The event organizers are unable to assist further.*

36. On January 23, 2026, Dinah called University of Maryland employee Julie Johnson, Assistant Director of the Reckford Armory, to seek assistance in registering for the women's events. Dinah left a voicemail and then followed up with an email:

*I am following upon the voicemail I just left for you. My name is Dinah and I am a transgender woman. I want to compete in the women's Div1a (D1AWE) and Veterans (VETWE) Epee events at the Cherry Blossom Open 2026 that the University of Maryland is hosting. As I mentioned in my voicemail, I am unable to register for the women's events. Since you are the point of contact for the facility and an agent and representative of the University of Maryland, I am look to you for help. I look forward to your assistance in ensuring that I can compete in the women's Div1A and Veterans Epee events at the Cherry Blossom Open.*

37. On January 26, 2026, Julie Johnson responded that she could not help and directed Dinah to USAF.

*Thanks for reaching out. Unfortunately I can't help you with registration. As the facility manager I am not privy to the registration procedures for those groups which rent the space. I recommend reaching out to USA Fencing directly for registration help. Please let me know if you have any questions related to the Armory that I may be able to assist with.*

*38.* Less than a half hour later, Julie Johnson followed up via e-mail and recommended that Dinah speak with her colleague, Kurt Klier.

39. On January 28, 2026, Dinah contacted Kurt Klier via e-mail for help:

*Hi Kurt…I just left you a voicemail, and I'm hoping that you can help with my issue. The Fencing event, Cherry Blossom 2026 is scheduled to take place at the Armory…and I was hoping to participate in the Veterans Epee and DIV1A Women's Epee events. I am a transgender woman and in the electronic sign up systems for the event I am prevented from signing up for any women's vents. With this event being hosted at University of Maryland I am hoping that you can assist me to ensure I can compete in the event.*

40. On February 2, 2026, Kurt Klier responded that the University of Maryland could not help and again directed Dinah to USAF:

*I wish I could help you, but I do not have any registration information. I recommend reaching out to USA Fencing directly for assistance. I found this website helpful https://www.usafencing.org/contact-us*

41. That same day, Dinah responded to Kurt Klier via e-mail:

> *Discrimination based on transgender status/sex is unlawful in the state of Maryland. The University of Maryland is hosting this event and cannot exclude me because I am a transgender woman. It is against the law. You are an agent and representative of the host (University of Maryland) and I am asking for your help.*

42. Upon not getting a response from Mr. Klier, on February 6, 2026, Dinah sent a follow-up email requesting help. The next day, Mr. Klier responded via e-mail that "…the University of Maryland does not handle registration for this event and we recommend you contact USA Fencing for assistance."

43. The Cherry Blossom Open took place on March 12-14, 2026, and Dinah was not allowed to participate because she is a transgender woman.

**COUNT ONE**
**Denial of Public Accommodation Based on Sex, Gender Identity and Personal Appearance**
**Prince George's County Code § 2-220**
**Against All Defendants**

44. Plaintiff repeats, reiterates and incorporates the averments contained in the preceding paragraphs as if fully set forth herein.

45. The Cherry Blossom Open, the University of Maryland, and the Reckford Armory are each a "Place of Public Accommodation" as defined by the Prince George's County Code § 2-186(a)(22)

46. Prince George's County Code provides:

> *No owner or operator of a place of public accommodation, located in the County, or the agent of any owner or operator of such place of public accommodation, shall deny to any person any of the accommodations, advantages, facilities, or privileges, of such a place of public accommodation because of discrimination…*

P.G. County Code § 2-220.

47. Defendant USA Fencing and its employee Defendant, Jessica Saxon were agents of the owner and operators of the Reckford Armory when they rented the Reckford Armory to host the Cherry Blossom Open and controlled the eligibility requirements for registering for events held in the Reckford Armory.

48. Prince George's County defines "Discrimination" as:

> *…acting, or failing to act, or unduly delaying any action regarding any person because of…sex…personal appearance…or gender identity, in such a way that such person is adversely affected in the areas of…public accommodations…*

P.G. County Code § 2-186(a)(6).

49. Prince George's County defines "Gender Identity" as:

> *…an individual's actual or perceived gender, including a person's gender-related appearance, expression, image, identity, or behavior and whether or not those gender-related characteristics differ from the characteristics customarily associated with the person's assigned sex at birth.*

P.G. County Code § 2-186(a)(12).

50. Prince George's County defines "Personal appearance" as:

> *… the outward appearance of any person irrespective of sex, with regard to bodily condition or characteristics, manner or style of dress, and manner or style of personal grooming…*

P.G. County Code § 2-186(a)(21).

51. Defendants USAF and Jessica Saxon implemented their unlawful policy and denied Dinah entry to the women's events at the Cherry Blossom Open on the basis of her sex, personal appearance and gender identity.

52. Defendants USAF and Jessica Saxon managed, controlled and oversaw the Cherry Blossom Open by controlling registration, and thus eligibility, for the Cherry Blossom Open.

Defendants USAF and Jessica Saxon prohibited Dinah from registering for the women's competitions on account of Dinah's sex, personal appearance and gender identity.

53. Defendant USAF published and circulated a policy that clearly stated that the women's events at the Cherry Blossom Open shall be denied to transgender women.

54. Defendant Jessica Saxon is an employee of USAF. She managed the Cherry Blossom Open by controlling the registration for the Cherry Blossom Open. She also published and circulated a policy that clearly stated that the women's events at the Cherry Blossom Open shall be denied to transgender women.

55. Sex, Gender Identity and Personal Appearance are protected statuses under the Prince George's County Code § 2-186(a).

56. At all times relevant to the present matter, each of the Defendants was aware that Dinah was a transgender woman, who had changed her personal appearance to match her gender identity and sex, and knowingly and maliciously discriminated against Dinah on the basis of her gender identity, sex, and personal appearance.

57. Defendants discriminated against Dinah when they individually and collectively prohibited her from competing in the DV1AWE event and the VETWE event at the Cherry Blossom Open on account of her gender identity, personal appearance and sex.

58. Dinah suffered and continues to suffer great emotional harm including humiliation and embarrassment, as well as the loss of opportunity, as a direct result of Respondents' actions.

59. Defendants acted with actual malice when they discriminated against Dinah by excluding her from the women's competitions because she is a transgender woman.

60. Defendants acted with wanton and willful disregard for Dinah's rights to participate under the Prince George's County Code when it was foreseeable that Dinah would suffer great harm by the act of excluding her from the competition.

**RELIEF SOUGHT**

**WHEREFORE**, Plaintiff demands judgment against Defendants, individually and collectively, as follows:

a. A declaration that the actions of the Defendants were individually and collectively discriminatory under the controlling laws of Prince George's County, Maryland.

b. An injunction or cease and desist order requiring Defendants to permit Plaintiff to participate in women's fencing events managed or sanctioned by Defendants.

c. An award to Plaintiff for damages in an amount to be determined by this Honorable Court that exceed $30,000 but do not exceed $74,999, exclusive of interest and costs.

d. An award to Plaintiff of interests, costs of litigation and reasonable attorneys' fees; and

e. An award of such other and further relief as this Honorable Court determines just and equitable.

Respectfully Submitted,

**SPECTOR GADON ROSEN VINCI PC**

*/s/ Susan M. Cirilli*

Susan M. Cirilli, Esq.*
305 Broadway, 7th Floor
New York, New York 10007
scirilli@sgrvlaw.com
(215) 241-8887

* *Motion for Special Admission of Out-of-State Attorney under Maryland Rule 19-217 Pending*

Dated: August 26, 2026

**BROWN GOLDSTEIN & LEVY LLP**

*/s/ Jessica P. Weber*
Jessica P. Weber, Esq.
AIS No. 1106150284
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
jweber@browngold.com
(410) 962-1030

Dated: August 26, 2026

**REQUEST FOR A JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues triable by jury.

**SPECTOR GADON ROSEN VINCI PC**

*/s/ Susan M. Cirilli*
Susan M. Cirilli, Esq.*
305 Broadway, 7th Floor
New York, New York 10007
scirilli@sgrvlaw.com
(215) 241-8887

Dated: August 26, 2026

**BROWN GOLDSTEIN & LEVY LLP**

*/s/ Jessica P. Weber*
Jessica P. Weber, Esq.
AIS No. 1106150284
120 E. Baltimore St., Suite 2500

Baltimore, MD 21202
jweber@browngold.com
(410) 962-1030

Dated: August 26, 2026