Maryland Judiciary Case Search & Record Portal

Sign In / Register

Go Back Now

# Case Detail

**NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing - Attorneys | Maryland Courts.

## Case Information

Court System: **Circuit Court For Prince Georges County - Civil**
Location: **Prince Georges Circuit Court**
Case Number: **C-16-CV-26-005166**
Case Title: **Dinah Yukich vs. USA Fencing, et al.**
Case Type: **Civil Rights**
Filing Date: **08/26/2026**
Case Status: **Open**

## Involved Parties Information

### Defendant

Name: **Saxon, Jessica**
Address: **85 Boston Road**
City: **Pennsville** State: **NJ** ZIP Code: **08070**

### Defendant

Name: **USA Fencing**
Address: **c/o Phil Andrews, CEO**
Address Line 2: **210 USA Cycling Point, Suite 120**
City: **Colorado Springs** State: **CO** ZIP Code: **80919**

### Plaintiff

Name: **Yukich, Dinah**
Address: **c/o Jessica P. Weber, Brown, Goldstein & Levy, LLP**
**120 E. Baltimore St., STE 2500**
City: **Baltimore** State: **MD** ZIP Code: **21202**

Attorney(s) for the Plaintiff

Name: **WEBER, JESSICA PAULIE**
Appearance Date: **08/26/2026**
Address Line 1: **Brown Goldstein & Levy, LLP**
Address Line 2: **120 E. Baltimore Street**
Address Line 3: **Suite 2500**
City: **BALTIMORE** State: **MD** ZIP Code: **21202**

## Docket Entries

File Date: **08/26/2026**
Docket Entry Name: **Deficient Filing**
Comment: **Envelope #27979705/Complaint**

File Date: **08/26/2026**
Docket Entry Name: **Case Information Report Filed**
Comment: **Case Information Report**

File Date: **08/26/2026**
Docket Entry Name: **Notice of Deficiency - Rule 20-203(d)**

File Date: **08/26/2026**
Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**
Comment: **DEFICIENCY NOTICE**

File Date: **08/26/2026**
Docket Entry Name: **Motion / Request - For Special Admission of Attorney**
Comment: **Motion for Special Admission of Susan Cirilli-Out-of-State Attorney Under Maryland Rule 19-217**

File Date: **08/26/2026**
Docket Entry Name: **Complaint / Petition**
Comment: **Complaint and Demand for Jury Trial**

File Date: **08/27/2026**
Docket Entry Name: **Summons Issued (Service Event) - New Case**

File Date: **08/27/2026**
Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**
Comment: **writ of summons**

File Date: **08/27/2026**
Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**
Comment: **writ of summons**

## Service Information

| Service Type | Issue Date |
| --- | --- |
| Summons Issued | 08/27/2026 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.

Copyright © 2026. Maryland Judiciary. All rights reserved. | Environment: PROD | Version: 1.1